UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Robert Begordis,

        Petitioner,

                                            ORDER ADOPTING THE
vs.                                     REPORT AND RECOMMENDATION

Commissioner of Corrections
Joan Fabian,

        Respondent.                     Civ. No. 05-1678 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.      That the Petitioner's application for a Writ of Habeas Corpus [Docket No. 1] is denied.

2.      That this action is summarily dismissed, but without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                     s/Ann D. Montgomery

                                                     Ann D. Montgomery, Judge
                                                     United States District Court

DATED: September 7, 2005
At Minneapolis, Minnesota